UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| MIGUELINA PEGUERO MORONTA, et al., | |
| Plaintiffs, | Civ. No. 01-1390 (JAF) |
| v. | |
| CARLOS GABRIEL SANTIAGO, et al., | |
| Defendants. | |

**O R D E R**

The Motion for stay pending appeal, Docket Document No. 226, is **DENIED** for failure to post a supersedeas bond. The supersedeas bond filed previously on October 10, 2007, Docket Document No. 204, was issued by the bonding company for a previous appeal only and, by its terms, is not extendable to the present appeal. That part of the motion requesting injunctive and corrective relief is also **DENIED.**

The Motion for a finding of contempt, Docket Document No. 227, is **GRANTED** as follows: The Defendants will show cause on **November 13, 2008, at 2:00 P.M.,** as to why they should not be incarcerated for civil contempt for failure to reinstate Plaintiffs as previously ordered by this court. Defendants must be present at the hearing and the court expects to make a bench ruling on the issue of contempt with immediate incarceration if the finding is adverse to Defendants.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 6th day of November, 2008.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
U. S. District Judge